JOSEPH TOKER COMPANY, INC., PLAINTIFF-PETITIONER,
v. LEHIGH VALLEY RAILROAD COMPANY, DEFENDANT-
RESPONDENT.

See same case below: 23 *N. J. Super.* 289.

*Messrs. Tepper, Tepper & Verney* and *Mr. Ira D. Dorian*
for the petitioner.

*Messrs. Emory, Langan & Lamb* and *Mr. Arthur J. Blake*
for the respondent.

March 2, 1953.   Granted.

EMILENE L. AUERBACHER, PLAINTIFF-PETITIONER, v.
ALAN L. SMITH, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 22 *N. J. Super.* 568.

*Mr. George H. Rosenstein* and *Mr. Thomas A. O'Callaghan*
for the petitioner.

*Messrs. Carey, Schenk & Jardine* for the respondent.

March 2, 1953.   Denied.